UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JERRY O'NEIL, individually and as President of Montanans for Multiple Use, on behalf of himself, and the Members of MONTANANS FOR MULTIPLE USE, and CHERYL LITTLE DOG,<br><br>Plaintiff,<br><br>vs.<br><br>TYLER P. GILMAN, Clerk of the U.S. DISTRICT COURT FOR THE DISTRICT OF MONTANA, in his official capacity, and the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA, in its administrative capacity,<br>Defendant. | CV-16-84-GF-BMM-JTJ<br><br>ORDER |

Consent to the jurisdiction of a United States Magistrate Judge having been either withheld or met with objection,

IT IS ORDERED:

1. The case remains assigned to the Honorable Brian Morris, United States District Judge, for all further proceedings and entry of judgment.

2. Pursuant to 28 U.S.C. §636(b)(1)(B), the case is referred to the Honorable John Johnston, United States Magistrate Judge, who will conduct all necessary hearings and submit to the undersigned proposed findings of fact and recommendations for the disposition of all motions excepted from the Magistrate Judge's jurisdiction by 28 U.S.C. §636(b)(1)(A).

3. The Clerk of Court is directed to forthwith notify the parties of the making of this Order.

DATED this 8th day of November, 2016.

_____
Brian Morris
United States District Court Judge