UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JERRY O'NEIL, individually and as President of Montanans for Multiple Use, on behalf of himself, and the members of MONTANANS FOR MULTIPLE USE, and CHERYL LITTLE DOG, | Case No. CV-16-84 -GF-BMM |
| Plaintiff, | JUDGMENT IN A CIVIL CASE |
| vs. | |
| TYLER P. GILMAN, Clerk of the U.S. DISTRICT COURT FOR THE DISTRICT OF MONTANA, in his official capacity, and the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA, in its administrative capacity, | |
| Defendants. | |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

///

///

IT IS ORDERED AND ADJUDGED that Defendants' Motion to Dismiss is GRANTED.

Dated this 12th day of September, 2017.

TYLER P. GILMAN, CLERK

By: /s/ S. Redding
      S. Redding, Deputy Clerk